# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2011

142401 & (57)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

EDITH LOBSINGER,
       Plaintiff-Appellant,

v

TISEO BROTHERS, INC.,
       Defendant,
and

CITY OF WAYNE,
       Defendant-Appellee.

SC: 142401
COA: 291213
Wayne CC: 08-126625-NO

_____/

On order of the Court, the application for leave to appeal the November 30, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to strike is DENIED.

MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2011

_____
Clerk

t0518